THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br> Plaintiff, <br><br> v. <br><br> THE AMERICAN BOTTLING COMPANY, a Delaware corporation, d/b/a Dr. Pepper Snapple Group, <br> Defendant. | NO. C18-01076- RSM <br><br> STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |

THE PARTIES above named, through their attorneys Russell J. Reid of Reid, McCarthy, Ballew & Leahy, L.L.P., attorneys for Plaintiff, and Russell S. Buhite of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., attorneys for Defendant, The American Bottling Company, d/b/a Dr. Pepper Snapple Group, hereby stipulate that the above-referenced action should be dismissed, with prejudice, and with each party bearing its own attorneys' fees and costs.

DATED this *8th* day of November, 2018.

| | |
|---|---|
| REID, McCARTHY, BALLEW &. LEAHY, L.L.P. | OGLEGREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/Russell J. Reid* <br> Russell J. Reid, WSBA #2560 <br> Attorney for Plaintiff | */s/Russell S. Buhite* <br> Russell S. Buhite, WSBA #41257 <br> Attorney for Defendant |

# ORDER OF DISMISSAL

Based on the foregoing Stipulation of Plaintiff and Defendant,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action shall be and is hereby dismissed with prejudice and that each party shall bear its own attorneys' fees and costs of suit.

ORDER ENTERED this 14 day of November 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Submitted for Entry:

REID, McCARTHY, BALLEW &
LEAHY, L.L.P.

By */s/Russell J. Reid*
    Russell J. Reid, WSBA #2560
    Attorneys for Plaintiff